# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SHADDEN, JR., | ) | 1:10-CV-00298 SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REGARDING PETITIONER'S |
| v. | ) | MOTION FOR CLARIFICATION |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 8, 2010, he consented to have a Magistrate Judge conduct all proceedings in this matter pursuant to 28 U.S.C. § 636(c).

On March 19, 2010, the undersigned issued an order dismissing the petition as successive to a previously filed petition in case no. 1:09-CV-01610 BAK HC. On April 1, 2010, Petitioner filed a notice of appeal. The appeal was processed to the Ninth Circuit Court of Appeal and on May 24, 2010, the appeal was denied.

On October 12, 2010, Petitioner filed the instant motion for clarification. With respect to Petitioner complaint that he was entitled to have an Article III judge rule on his petition, he is advised that he consented to have a Magistrate Judge conduct any and all proceedings, including

1  entry of final judgment, pursuant to 28 U.S.C. § 636(c).  Petitioner is further advised this case is
2  closed and the appeal has been denied.  Accordingly, further filings in this case will be STRICKEN.
3      IT IS HEREBY ORDERED that Petitioner's motion for clarification is DISMISSED.

5  IT IS SO ORDERED.
6  **Dated:**   **November 2, 2010**          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE