UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SHADDEN, JR., | ) | 1:10-CV-00298 SMS HC |
| | ) | |
|         Petitioner, | ) | ORDER STRIKING MOTION |
| | ) | |
|   v. | ) | [Doc. #17] |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
|         Respondent. | ) | |

    Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On November 5, 2010, Petitioner filed a motion for the undersigned and Chief Judge Anthony W. Ishii to respond to his writ of certiorari. Pursuant to the Court's Order of November 2, 2010, the motion is hereby STRICKEN.

IT IS SO ORDERED.

**Dated:**    **November 10, 2010**                 /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE